STATE OF NEW JERSEY v. THOMAS LE FURGE.

March 19, 1985.

Petition for certification granted.

STATE OF NEW JERSEY v. ANTHONY REITZLER.

March 19, 1985.

Petition for certification denied.

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF JAMES PALMIERI.

March 19, 1985.

Petition for certification denied.

PET CHEUNG v. JAY PAGAN, ET AL.

March 19, 1985.

Petition for certification denied.